FILED - USDC -NH
2022 APR 4 AM 11:15

ATTN: Clerk of Court
United States District Court
55 Pleasant Street, Room 110
Concord, N.H. 03301-3941

Please find that I'm in contact with this Honorable Court seeking to have my Pro-se 2241 filed in this district. I've enclosed several attachments to support my argument that remains unaddressed by the central office. If you may, please contact me back after receiving this notification as to an update that the motion has actually been filed with the Court.

THANK YOU

James Morris